IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY<br><br>    Plaintiff<br><br>v.<br><br>DAVID W. COOK, *et al.*<br><br>    Defendants | Case No.: 3:18-cv-00481-MHL |

## JUDGMENT

Upon consideration of the Motion for Default Judgment filed by the Plaintiff, Stewart Title Guaranty Company ("Stewart Title"), any response thereto, and for good cause shown, it is by the United States District Court for the Eastern District of Virginia hereby:

FOUND, that this Court has jurisdiction over the parties and subject matter of this case; and it is further

FOUND, that an order of default has been entered against two of the Defendants, David Cook and Cook Group LLC (the "Cook Defendants"); and it is further

FOUND, that the other defendant, Bank of America, N.A. ("BANA") takes no position as to the relief requested by Stewart Title; and it is further

FOUND, that the Plaintiff is entitled to default judgment in its favor against the Cook Defendants based on the well-pled facts of the Complaint; now, therefore, it is

ORDERED, that judgment is entered in favor of the Plaintiff against the Cook Defendants and with respect to Count One of the Complaint; and it is further

DECLARED, DECREED and ADJUDGED, that Plaintiff is the rightful owner of the funds deposited in BANA account number xxxxxxxx3799 in the name of Cook Group, LLC, totaling $54,535.59; and it is further

DECLARED, DECREED and ADJUDGED, that BANA shall disburse those funds to Plaintiff by issuing its cashier's check for the required amount, payable to Stewart Title Guaranty Company and to send said check to Plaintiff's counsel herein upon entry of this judgment as soon as possible, but in accordance with BANA's usual business procedures for affecting a turnover of funds; and it is further

ORDERED, that the remaining counts and claims of the Complaint are dismissed without prejudice.

SO ORDERED.

4/11/19 /s/
M. Hannah Lauck
United States District Judge

_____
Hon. M. Hannah Lauck
United States District Judge